

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-14-00330-CV

**IN THE INTEREST OF M.J.W., J.A., AND C.A.,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02053
Peter Sakai, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file her pro se brief is GRANTED. Appellant's pro se brief is due September 11, 2014.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court